WILLIAM O. ALLISON v. THE PUBLIC ROAD BOARD OF THE TOWNSHIP OF ENGLEWOOD.

An election held in accordance with a statute which prohibits from voting a large class of persons having a constitutional right to vote, does not confer a legal title to the office upon the person elected.

On rule to show cause why *mandamus* should not issue.

Argued at February Term, 1895, before Justices DIXON and LIPPINCOTT.

For the relator, *Raymond P. Wortendyke.*

For the defendant, *William M. Johnson.*

The opinion of the court was delivered by

DIXON, J. The relator prays a *mandamus* directing the public road board of Englewood township to admit him to membership in the board. His title rests upon an election held April 4th, 1893, in Road District No. 1 of the township in accordance with an act approved March 1st, 1893. *Pamph. L., p.* 69.

In *Allison* v. *Blake*, 28 *Vroom* 6, this court decided that the statute above mentioned was unconstitutional, in so far as it attempted to make members of the road board elective by the votes of freeholders only, and for that reason an election held under the act was invalid. It follows from this decision that the election upon which the relator's claim depends did not give him a legal title to the office, without which, of course, he cannot obtain a writ of *mandamus* to put him in possession. *High Extr. Rem.*, ch. 1, § 9.

The rule to show cause must be discharged, with costs.